AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

| | |
|---|---|
| MARK A. MUENCH, </br>     Plaintiff, </br> </br> v. </br> </br> </br> MICHAEL J. ASTRUE, </br> *Commissioner of the Social* </br> *Security Administration,* </br>     Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) **JUDGMENT IN A CIVIL CASE** </br> ) **CASE NO. 4:11-CV-156-D** </br> ) </br> ) </br> ) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings, including a new hearing before an Administrative Law Judge.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 25, 2012,** WITH A COPY TO:

Janet M. Lyles  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


June 25, 2012                                           JULIE A. RICHARDS, Clerk
Date                                                             Eastern District of North Carolina

                                                                                                            /s/Debby Sawyer
                                                                                                            (By) Deputy Clerk

Raleigh, North Carolina