# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**EASTERN DIVISION**

| | |
|---|---|
| MARK A. MUENCH,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:11-CV-156-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings, including a new hearing before an Administrative Law Judge.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 25, 2012,** WITH A COPY TO:

Janet M. Lyles  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


June 25, 2012                                                                JULIE A. RICHARDS, Clerk
Date                                                                              Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina