IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CV-156-D

| | |
|---|---|
| MARK A. MUENCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CONSENT ORDER FOR PAYMENT <br> OF FEES PURSUANT TO <br> THE EQUAL ACCESS TO JUSTICE ACT |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of $3,654.45 for attorney fees in full and final settlement of all claims arising from the above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned his right to payment of such fees to his attorney:

It is therefore ORDERED, this __3__ day of __August__, 2012, that the Plaintiff shall be, and hereby is, awarded the sum of $3,654.45 for attorney fees in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further

ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

                                                        *James Dever*
United States District Judge

CONSENTED TO:

/s/Janet M. Lyles
JANET M. LYLES
Davis, Muerrelle, Lyles & Huber, P.A.
P. O. Box 3605
Morehead City, North Carolina 28557
Telephone: 252-726-2000
Attorney for Plaintiff


/s/Cassia W. Parson
CASSIA W. PARSON
Special Assistant United States Attorney
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 966-0446
Attorney for Defendant
Maryland Bar