IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CV-156-D

| | |
|---|---|
| MARK MUENCH,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)    <u>ORDER</u><br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff's request for $5,129.35 in attorney's fees under section 406(b) is GRANTED.

Upon receipt of the 406(b) fees, plaintiff's counsel shall refund to plaintiff $3,2654.45, which equals the amount plaintiff's counsel previously received under the Equal Access to Justice Act.

This  15  day of June, 2014.

                                            JAMES C. DEVER, III
                                          UNITED STATES DISTRICT JUDGE