UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| MARK MUENCH, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 4:11-CV-156-D** |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's request for $5,129.35 in attorney's fees under section 406(b) is GRANTED. Upon receipt of the 406(b) fees, plaintiff's counsel shall refund to plaintiff $3,654.45, which equals the amount plaintiff's counsel previously received under the Equal Access to Justice Act.

**This Judgment Filed and Entered on July 7, 2014, and Copies To:**

Janet M. Lyles (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

DATE                                JULIE A. RICHARDS, CLERK
July 7, 2014                        _/s/ Susan K. Edwards_____
                                    (By) Susan K. Edwards, Deputy Clerk